**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**JERMAINE EARL,**

**Petitioner,**

**v.** **Case No. 4:25cv494-MCR/MJF**

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,**

**Respondent.**

______________________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated May 27, 2026. ECF No. 15. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss, ECF No. 10, is **GRANTED**. The Amended Petition for Writ of Habeas Corpus, ECF No. 6, is **DISMISSED with prejudice** as time barred.

3. A certificate of appealability is DENIED.

3. The clerk is directed close the case file.

**DONE AND ORDERED** this 5th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**